

**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 2 2 2013

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCUS AARON SCISSUM,<br>ALSO KNOWN AS<br>AARON MCCORD | Criminal Indictment<br><br>No. 1:13-CR-420 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about the June 17, 2013, in the Northern District of Georgia and elsewhere, the defendant, MARCUS AARON SCISSUM, through the use of an instrument of interstate commerce, that being a phone, made a threat to unlawfully damage and destroy a building by means of fire or an explosive, that is, MARCUS AARON SCISSUM called the Cable News Network ("CNN"), located in Atlanta, Georgia, and reported that he planned to bomb various locations on September 11, 2013, in violation of Title 18, United States Code, Section 844(e).

### Count Two

On or about the June 17, 2013, in the Northern District of Georgia and elsewhere, the defendant, MARCUS AARON SCISSUM, through the use of an instrument of interstate commerce, that being the internet, made a threat to unlawfully damage and destroy a building by means of fire or an explosive, that

is, MARCUS AARON SCISSUM posted a message on CNN's website which stated that he planned to bomb various locations on September 11, 2013, in violation of Title 18, United States Code, Section 844(e).

A  _true_  BILL

_Keri A. Bilotti_
FOREPERSON

SALLY QUILLIAN YATES
*United States Attorney*

_Tracia M. King_
TRACIA M. KING
*Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181