U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 2 2 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

 **ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2013R00668)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO. **1 :13 - C R - 4 2 0** |
| | MAGISTRATE CASE NO. |

| | | |
|---|---|---|
| X Indictment | Information | Magistrate's Complaint |
| DATE: 10/22/13 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
MARCUS AARON SCISSUM, A/K/A AARON MCCORD

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

---

### Defendant Information:

**Is the defendant in custody?**   Yes   X No
**Is the defendant in custody on this charge or other conviction?**
**Is the defendant awaiting trial on other charges?**   Yes   X No
    **Other charges:**
    **Name of institution:**
**Will the defendant be arrested pending outcome of this proceeding?**   X Yes   No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

District Judge:

Attorney: Tracia M. King
Defense Attorney: