# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cr-00420-JEC-LTW
### USA v. Scissum
### Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 12/09/2013.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 10:22 A.M.   TAPE NUMBER: FTRGOLD
TIME IN COURT: 00:07               DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Marcus Aaron Scissum NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Suzanne Hashimi representing Marcus Aaron Scissum<br>Tracia King representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[15] Motion to Suppress Statements, TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Parties appeared for a pretrial conference. Pending Motion to Suppress TAKEN UNDER ADVISEMENT. [Docket entry 15]. Defendant may file additional motions, which may warrant the scheduling of future hearings. The court to make a determination at a later time with re to setting an evidentiary hearing. |
| EXCLUDABLE DELAY: | The parties shall have until 12/27/2013 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |