# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION
### 1:13-cr-00420-JEC-LTW
### USA v. Scissum
### Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 03/25/2014.

TIME COURT COMMENCED: 9:59 A.M.
TIME COURT CONCLUDED: 10:14 A.M.          TAPE NUMBER: FTRGOLD
TIME IN COURT: 00:15                      DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

DEFENDANT(S):          [1]Marcus Aaron Scissum Present at proceedings

ATTORNEY(S)            Suzanne Hashimi representing Marcus Aaron Scissum
PRESENT:               Tracia King representing USA
                       Mary Kruger representing USA

PROCEEDING             Status Conference;
CATEGORY:

MINUTE TEXT:           Parties appeared before the court for a status conference. Counsel for
                       Defendant provided the court and Government's counsel with defendant's
                       psychological evaluation. Government conceded that they do not contest
                       the findings of the psychological evaluation. If the court commits Defendant
                       to a facility for a determination as to whether or not he can be made competent
                       to stand trial, Defendant requests a facility near the Lexington, Kentucky
                       area with the understanding that the court's authority does not allow
                       designation to a specific mental facility. Report and recommendation to follow.