```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-420-JEC-LTW |
| MARCUS AARON SCISSUM, | |
| Defendant. | |

### ORDER

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [24] recommending that defendant be found not competent to stand trial and that he be committed to the Attorney General for further evaluation and denying without prejudice the pending Motion to Suppress Statements [15] to renew if defendant is later found competent to proceed with this case. No objections to the Report and Recommendation [24] have been filed. The Court has reviewed the Final Report and Recommendation [24] on the merits and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [24] finding that defendant is **NOT COMPETENT** to stand trial and **ORDERING** that he be committed to the Attorney General for further evaluation and **DENYING without prejudice** the pending Motion to Suppress Statements [15] to renew if

defendant is later found competent to proceed with this case.

    SO ORDERED, this 23rd day of April, 2014.


                                           /s/ Julie E. Carnes
                                           JULIE E. CARNES
                                           CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)